58 A.3d 732

THOMAS SACCONE, PETITIONER–PETITIONER, v. BOARD OF TRUSTEES, POLICE AND FIREMEN'S RETIREMENT SYSTEM, RESPONDENT–RESPONDENT.

July 14, 2011.

ORDERED that the petition for certification is granted, and the judgment is summarily reversed and the matter is remanded to the Board of Trustees of the PFRS to decide the case on the

merits. The request of the member was not one for an advisory opinion, but required immediate action.